UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-33262 |
|---|---|
| JACK E JENKINS JR. | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105134**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 45 | AMERICAN COLLECTION SYSTEMS<br>BOX 29117<br>COLUMBUS, OH  43229 | 155.26 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/13/2011

Certificate of Service 07-33262

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

JACK E JENKINS JR.
4218 MIDDLEBROOK DRIVE
DAYTON, OH 45440

THOMAS D BERRY
4630 SALEM AVE
DAYTON, OH 45416

(45.1)
AMERICAN COLLECTION SYSTEMS
BOX 29117
COLUMBUS, OH 43229

(44.1n)
NEW FALLS CORPORATION
100 NORTH CENTER ST
NEWTON FALLS, OH 44444

(43.1n)
NEW FALLS CORPORATION
ATTN 09191277
200 NORTH CENTER STREET
MEWTON FALLS, OH 44444

Jeffrey M. Kellner BY  ___/s/ Jeffrey M. Kellner___  sv